| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF NEW YORK | NOTICE OF MOTION |

IN RE:
    PHILLIP M. MATTICE
                  Debtor(s).

Case No. 12-61935
Chapter 7

James C. Collins, Trustee,

           Plaintiff,
vs.

Ad. No. 14-80020

Phillip M. Mattice, Maxwell B. Stryker, Caroline Stryker, Tracy L. Mattice and Sundaes Restaurant & Dairy Freeze, LLC.
           Defendant(s).

| | |
|---|---|
| **MOTION BY:** | Trustee |
| **JUDGE:** | HON. DIANE DAVIS |
| **RETURN DATE AND TIME:** | January 8, 2015 at 9:30 AM |
| **COURTHOUSE:** | The Federal Building<br>15 Henry Street<br>Binghamton, NY 13902 |
| **RELIEF REQUESTED:** | An Order pursuant to Bankruptcy Rule 9019 to authorize Trustee to compromise and settle Trustee's Adversary Complaint against the above-named Defendants, Debtor Phillip M. Mattice, Maxwell B. Stryker, Caroline Stryker, Tracy L. Mattice and Sundaes Restaurant & Dairy Freeze, LLC., for $17,500.00, paid and turned-over to Plaintiff-Trustee by Maxwell B. Stryker and Caroline Stryker, in full satisfaction of Plaintiff-Trustee claim and interest in to the sale funds received by the Defendant-Stryker from the sale of the Restaurant August 31, 2012, and with the Order further authorizing Trustee to pay Defendant-Debtor Phillip Mattice, $1,000.00 from the sale proceeds in satisfaction of his exemption claim of $1,000.00, to a "1/4 interest in Sundaes Restaurant & Dairy Freeze, LLC." Schedule "C" of Debtor's Petition and Schedules filed with the Court. |

**IN ACCORDANCE WITH LOCAL RULE 9013-1, RESPONSES TO THIS MOTION MUST BE SUBMITTED AT LEAST SEVEN (7) DAYS PRIOR TO THE RETURN DATE THEREOF.**

DATED:   December 17, 2014          /s/ James C. Collins
           Whitney Point, NY

                                             JAMES C. COLLINS, Esq.
                                             Attorney for Trustee
                                             P.O. Box 713
                                             Whitney Point, NY 13862-0713
                                             (607) 692-3344